UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
Civil DIVISION

Claim Nos.: 2024A59724
2024A59747
Civil Action No.:
5:25-cv-1579 (GTS/TWD)

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § § § |
| J and R Lawns & Landscapes, Inc., | § § |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

The defendant is a resident of Onondaga County, New York within the jurisdiction of this Court and may be served with service of process at 8076 Thompson Road, Cicero, New York 13039.

## The Debt

### FIRST CAUSE OF ACTION

2. The debt owed the USA is as follows:

| | | |
|---|---|---|
| A. Current Principal *(after application of all prior payments, credits and offsets)* | $ | 5,304.94 |
| B. Current Capitalized Interest Balance and Accrued Interest | $ | 119.86 |
| C. Administrative Fee, Costs, Penalties | $ | 2,485.39 |
| **Total Owed** | $ | **7,910.19** |

The Citation and Notification of Penalty is attached as Exhibit "A". Prejudgment interest accrues at the rate of 1.00% per annum.

### SECOND CAUSE OF ACTION

3. The debt owed the USA is as follows:

| | | |
|---|---|---|
| A. Current Principal *(after application of all prior payments, credits and offsets)* | $ | 220.72 |
| B. Current Capitalized Interest Balance and Accrued Interest | $ | 4.99 |
| C. Administrative Fee, Costs, Penalties | $ | 103.42 |
| **Total Owed** | $ | **329.13** |

The Citation and Notification of Penalty is attached as Exhibit "B". Prejudgment interest accrues at the rate of 1.00% per annum.

4. A Certificate of Indebtedness is attached as Exhibit "C".

## Failure to Pay

5. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraphs 2 and 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

ORDD LAW, LLP

By: *[signature]*

Melissa M. Tobrocke
Attorneys for Plaintiff
19 Executive Park Drive
Clifton Park, New York 12065
Tel. (518) 383-4000